No. 11–5964. LOPEZ *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 11–5966. JONES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–5968. DICKENS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–5970. VIDEAU *v.* HARRINGTON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 11–5973. THOMAS *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 11–5976. DANTZLER *v.* HOLLINGSWORTH, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 11–5985. BROWN *v.* STEWARD, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 11–5986. HILLMAN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 11–5988. FIELDS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–5990. WETHERALD *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 11–5992. UPTON *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 11–5998. NICHOLSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 11–6000. GRAURE *v.* UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 11–6001. HALLORAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 11–6003. HITE *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 11–6004. HALCOMB *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.